```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 15-03144-MDF
Martin S. Meyer                                                 Chapter 13
Heather C.L. Meyer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: TWilson           Page 1 of 1           Date Rcvd: Nov 15, 2016
                               Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2016.
db/jdb        +Martin S. Meyer,   Heather C.L. Meyer,   591 Silver Spring Road,   Mechanicsburg, PA 17050-2871

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              John Matthew Hyams    on behalf of Debtor Martin S. Meyer jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com
              John Matthew Hyams    on behalf of Joint Debtor Heather C.L. Meyer jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com
              Joshua I Goldman    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Heather C.L. Meyer<br>Martin S. Meyer<br>    Debtors | CHAPTER 13 |
| JPMorgan Chase Bank, N.A.<br>    Movant<br>vs. | NO. 1:15-bk-03144 MDF |
| Heather C.L. Meyer<br>Martin S. Meyer<br>    Debtors | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq, Trustee<br>    Respondent(s) | |

## ORDER ANNULLING THE AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant JPMorgan Chase Bank, N.A., the court reviewed the file herein, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby modified and annulled under 11 U.S.C. Section 362(d) as to Movant permit said creditor, its successors and/or assigns to confirm taking possession of the 2015 Subaru Forester JF2SJAWC6FH535634 on September 6, 2016 and to permit Movant to sell, lease, and otherwise dispose of the 2015 Subaru Forester JF2SJAWC6FH535634 in a commercially reasonable manner.

By the Court,

*Mary D. France*
Bankruptcy Judge
(JG)

Dated: November 15, 2016

Case 1:15-bk-03144-MDF    Doc 43    Filed 11/17/16    Entered 11/18/16 01:07:38    Desc
Imaged Certificate of Notice    Page 2 of 2