```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 15-03144-RNO
Martin S. Meyer                                                 Chapter 13
Heather C.L. Meyer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: DDunbar           Page 1 of 1           Date Rcvd: Apr 27, 2017
                               Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2017.
4674303         +PSECU,    PO BOX 1006,    HARRISBURG, PA 17108-1006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              ECMC    djwilcoxson@ecmc.org
              John Matthew Hyams    on behalf of Debtor Martin S. Meyer jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com
              John Matthew Hyams    on behalf of Joint Debtor Heather C.L. Meyer jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com
              Joshua I Goldman    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| MARTIN S. MEYER | : | CASE NO.: 1-15-bk-03144-RNO |
| aka CORY ALLEN, SR. | : | |
|     Debtor | : | |
| | : | |
| CHARLES J. DEHART, III, TRUSTE | : | |
|     Objectant | : | |
| | : | |
|     vs. | : | |
| | : | |
| PSECU | : | |
|     Claimant | : | |

## ORDER

AND NOW, upon consideration of the Trustee's Objection to Claim No. 11 of PSECU and following Notice to Claimant Re Filing of Objection to Claim allowing an opportunity to respond, no response having been filed, after hearing held on April 26, 2017, it is

ORDERED that the Trustee's Objection is SUSTAINED and Claim No. 11 of PSECU shall be deemed untimely filed.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: April 26, 2017