UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Martin S. Meyer<br>Heather C. L. Meyer | CASE NO: 1:15-bk-03144<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 7/28/2017, I did cause a copy of the following documents, described below,

Notice,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 7/28/2017

/s/ John M. Hyams
John M. Hyams  87327PA
The Law Offices of John M. Hyams
555 Gettysburg Pike, Suite C-400
Mechanicsburg, PA  17055
717 766 5300
mii@johnhyamslaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Martin S. Meyer
Heather C. L. Meyer

CASE NO: 1:15-bk-03144

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 7/28/2017, a copy of the following documents, described below,

Notice,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/28/2017

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
The Law Offices of John M. Hyams
John M. Hyams
555 Gettysburg Pike, Suite C-400
Mechanicsburg, PA 17055

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1 LABEL MATRIX FOR LOCAL NOTICING
03141
CASE 1-15-BK-03144-RNO
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG
FRI JUL 28 10-53-25 EDT 2017

2 AESNCT
PO BOX 61047
HARRISBURG PA 17106-1047

3 BUREAU OF EMPLOYER TAX OPER
PO BOX 68568
HARRISBURG PENNSYLVANIA 17106-8568

4 CHASE AUTO
PO BOX 901003
FORT WORTH TX 76101-2003

5 CAPIO
2222 TEXOMA PARKWAY
SUITE 150
SHERMAN TEXAS 75090-2481

6 CITIFINANCIAL
605 MUNN ROAD CS CARE DEPT
FORT MILL SOUTH CAROLINA 29715-8421

7 DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY OH 43054-3025

8 ECMC
PO BOX 16408
ST PAUL MN 55116-0408

9 FEDLOAN
PO BOX 60610
HARRISBURG PA 17106-0610

10 INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PENNSYLVANIA 19101-7346

11 KAY JEWELERS
375 GHENT RD
AKRON OH 44333-4600

12 MIDLAND CREDIT MANAGEMENT INC AS
AGENT FOR
MIDLAND FUNDING LLC
PO BOX 2011
WARREN MI 48090-2011

13 NATIONAL COLLEGIATE STUDENT LOAN
TRUST 2007
PO BOX 4275
NORCROSS GA 30091-4275

14 OFFICE OF ATTORNEY GENERAL
FINANCIAL ENFORCEMENT SECTION
STRAWBERR
HARRISBURG PENNSYLVANIA 17120-0001

15 PA DEPARTMENT OF REVENUE
DEPARTMENT 280946 ATTN BANKRUPTCY DIVI
HARRISBURG PENNSYLVANIA 17128-0946

16 PHEAA
PO BOX 8147
HARRISBURG PA 17105-8147

17 PNC BANK
PO BOX 3180
PITTSBURGH PA 15230-3180

18 PNC BANK NA
PO BOX 94982
CLEVELAND OH 44101-4982

19 PSECU
PO BOX 1006
HARRISBURG PA 17108-1006

20 PORTFOLIO RECOVERY ASSOCIATE
PO BOX 12914
NORFOLK VIRGINIA 23541-0914

21 QUANTUM3 GROUP LLC AS AGENT FOR
CP MEDICAL LLC
PO BOX 788
KIRKLAND WA 98083-0788

22 SYNCBOLDNAVY
PO BOX 965005
ORLANDO FL 32896-5005

23 SYNCBSAMSDC
PO BOX 965005
ORLANDO FL 32896-5005

24 US DEPARTMENT OF EDUCATION
CO FEDLOAN SERVICING
PO BOX 69184
HARRISBURG PA 17106-9184

25 US DEPARTMENT OF JUSTICE
PO BOX 227 BEN FRANKLING STATION
WASHINGTON DC20044-0227

26 UNITED STATES ATTORNEY
PO BOX 11754
HARRISBURG PENNSYLVANIA 17108-1754

ELECTRONIC NOTICE:
1:15-bk-03144-RNO

Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036-8625

Thomas I Puleo
KML Law Group, P.C.
701 Market Street,
Suite 5000
Philadelphia, PA 19106

United States Trustee
228 Walnut Street, Room 1190
Harrisburg, Pennsylvania 17101-1722