```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 15-03144-RNO
Martin S. Meyer                                                 Chapter 13
Heather C.L. Meyer
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1            User: TWilson              Page 1 of 1              Date Rcvd: Aug 15, 2017
                                Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2017.
db/jdb         #+Martin S. Meyer,   Heather C.L. Meyer,   591 Silver Spring Road,   Mechanicsburg, PA 17050-2871

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              ECMC    djwilcoxson@ecmc.org
              John Matthew Hyams    on behalf of Debtor Martin S. Meyer jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com;mii@johnhyamslaw.com
              John Matthew Hyams    on behalf of Joint Debtor Heather C.L. Meyer jmh@johnhyamslaw.com,
               jak@johnhyamslaw.com;mii@johnhyamslaw.com
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:15-bk-03144 |
| | : | |
| Martin S. Meyer and | : | |
| Heather C.L. Meyer | : | |
| | : | Chapter 13 |
| Debtors | : | |
| | : | |
| Martin S. Meyer and | : | |
| Heather C.L. Meyer | : | |
| | : | |
| Movants | : | |
| | : | |
| V. | : | |
| | : | |
| Mortgage Company and | : | |
| Charles J. Dehart, III | : | |
| | : | |
| Respondents | : | |

## ORDER

UPON CONSIDERATION of the Motion filed by the Debtors for Approval to Incur Secured Debt, it is hereby

ORDERED AND DECREED that the Motion is granted.

By the Court,

*[signature]*

Dated: August 15, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)