Certificate Number: 06531-PAM-DE-034852934

Bankruptcy Case Number: 15-03144



06531-PAM-DE-034852934

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>September 7, 2020</u>, at <u>12:27</u> o'clock <u>PM CDT</u>, <u>Martin Meyer</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>September 7, 2020</u>   By:  <u>/s/Connie Krosch for Stephanie Kjetland</u>

Name:  <u>Stephanie Kjetland</u>

Title:  <u>Credit Counselor</u>