Certificate Number: 06531-PAM-DE-034852935

Bankruptcy Case Number: 15-03144


06531-PAM-DE-034852935

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>September 7, 2020</u>, at <u>12:27</u> o'clock <u>PM CDT</u>, <u>Heather Meyer</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>September 7, 2020</u>　　　By: <u>/s/Connie Krosch for Stephanie Kjetland</u>

　　　　　　　　　　　　　　　　Name: <u>Stephanie Kjetland</u>

　　　　　　　　　　　　　　　　Title: <u>Credit Counselor</u>